Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Sabrina S. Schroeder

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA S. SCHROEDER, | Case No.:  CV 10-2416 CMK |
| Plaintiff, | ORDER ON STIPULATION |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

IT IS SO ORDERED on the stipulation of the parties that plaintiff shall have no later than May 9, 2011, in which to file her motion for summary judgment, and that all subsequent deadlines set forth in the Scheduling Order shall be extended accordingly.

**Date:  5/5/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

-1-